Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:  (818) 933-5755

**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br><br>    EMILY VERALY CASASOLA<br>    12444 SAYRE LANE<br>    SYLMAR, CA  91342<br><br>                    DEBTOR<br>_____ | )  CHAPTER 13<br>)  CASE NO. SV09-15509-MT<br>)<br>)  **NOTICE OF INTENT TO FILE**<br>)  **TRUSTEE'S FINAL REPORT AND**<br>)  **ACCOUNT, OBTAIN DISCHARGE OF**<br>)  **TRUSTEE, AND CLOSE THE CASE**<br>) |

TO:    THE ABOVE NAMED DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL
           DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:

    NOTICE IS HEREBY GIVEN  that the Chapter 13 Trustee in the above-captioned case, whose
name and address is set forth in the upper left-hand portion of this Notice, intends to file a Final
Report & Account;  and

    NOTICE IS HEREBY GIVEN  that in the event no objection is filed within thirty (30) days
after the date of this Notice, the Court will discharge the Trustee and close the case (see
Bankruptcy 11 U.S.C. § 350 (a) and Rule 5009, F.R.B.P.);  and

    NOTICE IS FUTHER GIVEN that any objection together with a notice setting forth the
date, time, and location of the hearing on the objection, shall be filed with this Court and served
upon the Chapter 13 Trustee at the address set forth above, upon the Debtor, Debtor's attorney,
if any, and upon the Office of the United States Trustee.

DATED:  October 18, 2010

_Elizabeth F Rojas_
_____
Elizabeth Rojas
Chapter 13 Standing Trustee

PROOF OF SERVICE

    I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, and that on <u>October 18, 2010</u> I mailed and/or electronic copies were served to:

| | |
|---|---|
| EMILY VERALY CASASOLA<br>12444 SAYRE LANE<br>SYLMAR, CA 91342 | L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BOULEVARD, #1500<br>LOS ANGELES, CA 90010 |
| United States Trustee (SV)<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 |
| Bank of America NA<br>PO BOX 30610<br>Los Angeles, CA 90030 | Bank of America, National Associati<br>Agent for Service of Process<br>CT Corporation System<br>818 West Seventh St<br>Los Angeles, CA 90017 |
| CANDICA, L.L.C.<br>%WEINSTEIN & RILEY, PS<br>P O BOX 3978<br>SEATTLE, WA 98124-3978 | Chapter 13 Trustee Elizabeth Rojas<br>Noble Professional Center<br>15060 Ventura Blvd., Ste 240<br>Sherman Oaks, CA 91403 |
| Chase / Cardmember Service<br>PO BOX 94014<br>Palatine, IL 60094 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington, DE 19850-5145 |
| Citi Cards<br>PO Box 6940<br>The Lakes, NV 88901 | DEPARTMENT STORES NATIONAL<br>BANK/MACY'S<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 |
| DEPARTMENT STORES NATIONAL<br>BANK/VISA<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | Deutsche Bank National Trust Company<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101 |
| Deutsche Bank National Trust Company as Trustee<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 35480<br>Newark, NJ 07193-5480 |
| ECMC<br>POB 75906<br>ST PAUL, MN 55175 | ECMC<br>LOCKBOX #8682<br>P O BOX 75848<br>ST PAUL, MN 55175-0848 |
| Elizabeth (SV) Rojas<br>Noble Professional Center<br>15060 Ventura Blvd., Suite 240<br>Sherman Oaks, CA 91403 | Equifax Credit Information<br>Bankruptcy Notification<br>PO BOX 740241<br>Atlanta, GA 30374 |
| Experian<br>Bankruptcy Notification<br>475 Anton Blvd<br>Costa Mesa, CA 92626 | GC Services Limited Parthnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 |

HSBC
PO BOX 5244
Carol Stream, IL  60197

HSBC
PO Box 60139
City Of Industry, CA  91716

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ  85712

JPMORGAN CHASE LEGAL DEPT
300 S. GRAND AVE 4TH FL
Los Angeles, CA  90071

L BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Boulevard, #1500
Los Angeles, CA  90010-1502

L.A. COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
Los Angeles, CA  90054

MIDLAND MORTGAGE CO
999 N W GRAND BLVD
SUITE 100
OKLAHOMA CITY, OK  73118-6077

PORTFOLIO RECOVERY ASSOCIATES
P O BOX 12914
NORFOLK, VA  23541

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Best Buy
PO Box 41067
NORFOLK, VA  23541

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Jc Penney
POB 41067
NORFOLK, VA  23541

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o The Home Depot
POB 41067
NORFOLK, VA  23541

ROUNDUP FUNDING, LLC
P O BOX 91121
MS 550
SEATTLE, WA  98111-9221

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA  98111-9221

Sallie Mae, Inc. on behalf of
CSAC/California Student Aid Commission
CSAC/Ed Fund
P.O. Box 419041
Cordova Ca.,  95741-9041

Sears Credit Cards
Po Box 6937
The Lakes, NV  88901

Sears Credit Cards
PO BOX 688956
Des Moines, IA  50368

SPIRIT OF AMERICA NATIONAL BANK/LANE
BRYANT
FIRST EXPRESS
PO BOX 856132
LOUISVILLE, KY  40285-6132

Target National Bank
c/o Weinstein & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA  98121

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA  98121

TARGET NATIONAL BANK
%WEINSTEIN & RILEY, P.S.
P O BOX 3978
SEATTLE, WA  98124-3978

Toyota Financial Services
PO Box 60114
City of Industry, CA  91716

Toyota Motor Credit Corporation
3200 W. Ray Road
Chandler, AZ  85226

Trans Union Credit Bureau
Bankruptcy Notification
PO BOX 2000
Chester, PA  19022

Executed at Sherman Oaks California on October 18, 2010